(No. 5713.   June 24, 1931.)

In the Matter of the Application for a Writ of Habeas Corpus for ERNEST THOMAS, a Minor.

[1 Pac. (2d) 1118.]

W. L. Dunn, for Petitioner.

PER CURIAM.—Original petition coming up from the Eleventh District.  No reason for direct application is shown or suggested.  Rule 60 of this court provides that, in addition to the requisite matters, the applicant must set forth the reasons which render it indispensable that the writ should issue originally from this court.

Writ refused.